### R. G. JACKSON v. GEORGE DAIL.

(Filed 29 September, 1926.)

APPEAL by defendant from *Nunn, J.,* at April Term, 1926, of PITT. No error.

*W. A. Darden for the plaintiff.*
*Skinner, Cooper & Whedbee for defendant.*

PER CURIAM. After an examination of the record and the exceptions we find no reversible error.

No error.